**Certificate of Service**

On December 15, 2014, I caused the foregoing documents to be served via e-filing to:

Gainey McKenna & Egleston
95 Route 17 South, Suite 310
Paramus, New Jersey 07652

Attn: Barry J. Gainey, Esq.

Dated: December 15, 2014

By:_____/S/_____
Jason Sultzer