UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X
EDWARD J. REYNOLDS, D.D.S., Individually and on behalf of all others similarly situated,

                Plaintiff,

        vs.                                      Case No. 7:14-cv-03575-KMK

LIFEWATCH, INC., LIFEWATCH TECHNOLOGIES CORP., LIFEWATCH, INC. d/b/a LIFEWATCH USA, EVAN SIRLIN, MITCHELL MAY, CONNECT AMERICA.COM LLC, KENNETH GROSS, LIFELINE SYSTEMS COMPANY d/b/a PHILIPS LIFELINE, PHILIPS LIFELINE, BRENDA VERE, ABC CORPORATIONS 1-10, AND JOHN DOES 1-10

                                  *ELECTRONICALLY FILED*

                Defendants.
---------------------------------------------------------------X

## NOTICE OF MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT BY DEFENDANTS CONNECT AMERICA.COM LLC AND KENNETH GROSS

**PLEASE TAKE NOTICE** that pursuant to Rule 12(b)(1), Rule 12(b)(2), and Rule 12(b)(6) of the Federal Rules of Civil Procedure, the Local Rules of the Southern District of New York, and the Individual Rules of this Court, and upon the accompanying memorandum of law in support of this motion and the Declaration of Kenneth Gross, Defendants Connect America.com, LLC and Kenneth Gross (the "Connect America Defendants"), by and through their counsel Morgan, Lewis & Bockius, LLP, hereby move to be heard before the Honorable Kenneth M. Karas, United States District Court Judge, on a date and at a time designated by the Court, at the United States Courthouse for the Southern District of New York, 300 Quarropas Street, Courtroom 521, White Plains, NY, 10601, for an Order dismissing Plaintiff's Amended Complaint as to the Connect America Defendants.

Dated:   New York, New York
         April 20, 2015

                                                       Respectfully submitted,

                                                       /s/ Franco A. Corrado

Troy S. Brown (admitted *pro hac vice*)
Franco A. Corrado (admitted *pro hac vice*)
Margot G. Bloom
**MORGAN, LEWIS & BOCKIUS LLP**
1701 Market Street
Philadelphia, PA 19103
Tel: 215.963.5000
Fax: 215.963.5001
Email: tsbrown@morganlewis.com
Email: fcorrado@morganlewis.com
Email: margot.bloom@morganlewis.com