```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:_____
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

**Edward J. Reynolds, D.D.S.,**                    14-cv-3575 (KMK)

                Plaintiff(s),

   -against-                                                           CALENDAR NOTICE

**Lifewatch, Inc.,**

                Defendant(s).
------------------------------------------------------X

       Please take notice that the above captioned matter has been scheduled for:

| | | |
|---|---|---|
| ___ Pre-trial Conference | _x_ Status Conference | ___ Oral argument |
| ___ Settlement conference | ___ Plea Hearing | ___ Suppression hearing |
| ___ Rule (16) conference | ___ Final pre-trial conference | ___ Order to Show Cause |
| ___ Telephone Conference | ___ Jury Selection and Trial | ___ Pre-motion conference |
| ___ Non-Jury Trial | ___ Inquest | |

before the Honorable Kenneth M. Karas, United States District Judge, on Thursday, December 10, 2015 at 2:00 p.m. in Courtroom 521, U. S. District Court, 300 Quarropas Street, White Plains, New York 10601.

       Any scheduling difficulties must be brought to the attention of the Court in writing, at least five business days beforehand.

Dated: November 9, 2015
       White Plains, New York

                                  So Ordered

                                  Kenneth M. Karas, U.S.D.J.