# GAINEY McKENNA & EGLESTON

ATTORNEYS AT LAW
e-mail: info@gme-law.com

| | |
|---|---|
| 95 ROUTE 17 SOUTH<br>SUITE 310<br>PARAMUS, NEW JERSEY 07652<br>TEL: (201) 225-9001<br>FAX: (201) 225-9002 | 440 PARK AVENUE SOUTH<br>FIFTH FLOOR<br>NEW YORK, NEW YORK 10016<br>TEL: (201) 225-9001<br>FAX: (201) 225-9002 |
| Please Reply to Paramus Address | Please Reply to Paramus Address |

November 20, 2015

**VIA ECF FILING**
Honorable Judge Kenneth M. Karas
U.S. District Court Judge
The Hon. Charles L. Brieant Jr.
Federal Building & Courthouse
Southern District of New York
300 Quarropas Street
White Plains, New York 10601-4150

      Re:  Edward J. Reynolds v. LifeWatch, Inc., et al.
         Civil Action No.: 14-CV-3575 (KMK)
         Our File No.: 170.191

Dear Honorable Judge Karas:

  Our law firm represents the plaintiff, Edward J. Reynolds, D.D.S., individually and on behalf of all others similarly situated, in the captioned class action case. This letter is in response to the defendant's letter requesting a pre-motion conference.

  A pre-motion conference will not be necessary. We informed the defense counsel that we will withdraw the unjust enrichment claim that is the subject of the motion to dismiss (which they actually filed before sending the pre-motion conference letter). We have a call scheduled for today at 2:00 to discuss settlement possibilities and the withdrawal of the unjust enrichment claim.

  We thank Your Honor for your time and consideration.

           Respectfully yours,

           GAINEY McKENNA & EGLESTON

           Barry J. Gainey

BJG/dxg

cc: All counsel
  Via ECF Filing