

**The Sultzer Law Group** P.C.
*A Complex Litigation & Trial Practice*

NEW YORK | PENNSYLVANIA | NEW JERSEY | CALIFORNIA

**MEMO ENDORSED**

December 7, 2015

**VIA ECF FILING**
Honorable Kenneth M. Karas
The Hon. Charles L. Brieant Jr.,
Federal Building and United States Courthouse
300 Quarropas St., White Plains, NY 10601-4150

Re:   Edward J. Reynolds v Lifewatch, Inc., et al.   14-CV-3575(KMK)

Your Honor:

We represent Defendant Lifewatch, Inc.   A status conference is currently scheduled to occur before Your Honor on December 10th.  With the consent of Plaintiff, we write to request that the status conference be adjourned until the week of December 21st so the parties can continue their ongoing discussions about various issues pertaining to the disposition of the case.

While we recognize that Your Honor's individual rules provide: "absent an emergency, requests for adjournments or extensions of time shall be made at least 5 business days prior to the scheduled appearance," we believe that an adjournment that allows for the parties ongoing discussions will likely lead to a more productive status conference.

No previous request for an adjournment of a status conference has been made.  We thank Your Honor for your time and consideration.

Very truly yours,

THE SULTZER LAW GROUP P.C.

Jason P. Sultzer

cc: All Counsel via ECF Filing

*[Handwritten endorsement:] The Court will adjourn the conference to February 4, 2016, at 2:30. So Ordered. KMK 12/7/15*

85 Civic Center Plaza, Suite 104 | Poughkeepsie, New York 12601 | Phone (845) 483-7100 | Fax: (888) 749-7747 | thesultzerlawgroup.com