**UNITED STATES DISTRICT COURT**
The Charles L. Brieant, Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, New York 10601
(914) 390-4124

Chambers of
**Hon. Judith C. McCarthy**
United States Magistrate Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
EDWARD J. REYNOLDS, D.D.S., Individually
and on behalf of all other similarly situated,

                          Plaintiff,                **SCHEDULING ORDER**

      -against-                              14 Civ. 3575 (KMK)(JCM)

LIFEWATCH, INC., *et al.*

                          Defendants.
----------------------------------------------------------------x

TO ALL PARTIES:

The Court has scheduled a Status Conference for May 20, 2016 at 10:30 a.m. before Magistrate Judge Judith C. McCarthy in Courtroom 421.

   *Any party seeking to reschedule shall telephone Chambers with all other parties on the line.*

Dated: April 21, 2016
       White Plains, New York

                                            **SO ORDERED:**

                                            JUDITH C. McCARTHY
                                            United States Magistrate Judge