UNITED STATES DISTRICT COURT
The Charles L. Brieant, Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, New York 10601
(914) 390-4124

Chambers of
**Hon. Judith C. McCarthy**
United States Magistrate Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
EDWARD J. REYNOLDS, D.D.S., Individually
and on behalf of all other similarly situated,

                                    Plaintiff,            **RESCHEDULING ORDER**

     -against-                                         14 Civ. 3575 (KMK)(JCM)

LIFEWATCH, INC., *et al.*,

                                  Defendants.
-----------------------------------------------------------------X

       The Status and Settlement Conferences previously scheduled for May 20, 2016 at 10:30 a.m. and 11:30 a.m. before Magistrate Judge Judith C. McCarthy have been rescheduled for June 14, 2016 at 2:00 p.m. and 2:30 p.m. in Courtroom 421. Parties are required to appear. Counsel are required to submit a confidential, *ex parte* letter, so identified, to the Court, not to exceed 5 pages in length, no later than two business days prior to the conference, outlining any information counsel believes would assist the Court in preparation for the conference. The Clerk is respectfully requested to terminate the pending letter motion. (Docket No. 106).

*Any party seeking to reschedule shall telephone Chambers with all other parties on the line.*

Dated:  May 18, 2016
         White Plains, New York

                                                  **SO ORDERED:**

                                                  _____
                                                  JUDITH C. McCARTHY
                                                  United States Magistrate Judge