UNITED STATES DISTRICT COURT
The Charles L. Brieant, Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, New York 10601
(914) 390-4124

Chambers of
**Hon. Judith C. McCarthy**
United States Magistrate Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
EDWARDS J. REYNOLDS, D.D.S., Individually
and on behalf of all others similarly situated,

                              Plaintiff,                          **RESCHEDULING ORDER**

      -against-                                                14 Civ. 3575 (KMK)(JCM)

LIFEWATCH, INC., *et al.*,

                              Defendants.
------------------------------------------------------------X

       The Status and Settlement Conferences previously scheduled for June 14, 2016 at 2:00 p.m. and 2:30 p.m. before Magistrate Judge Judith C. McCarthy have been rescheduled for June 6, 2016 at 2:00 p.m. and 2:30 p.m. in Courtroom 421. Parties are required to appear. Counsel are required to submit a confidential, *ex parte* letter, so identified, to the Court, not to exceed 5 pages in length, no later than two business days prior to the conference, outlining any information counsel believes would assist the Court in preparation for the conference.

*Any party seeking to reschedule shall telephone Chambers with all other parties on the line.*

Dated:  May 26, 2016
           White Plains, New York

                                                          SO ORDERED:

                                                           _____
                                                           JUDITH C. McCARTHY
                                                          United States Magistrate Judge